JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HINDS & SHANKMAN, LLP
Attorneys and Counselors
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Reorganized Debtor, Abdul Halim Sheikh

FILED & ENTERED

JUL 21 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ABDUL HALIM SHEIKH,<br><br>    Debtor.<br>―――――――――――<br>TONY HSU and GEOFF HSU,<br><br>    Plaintiffs,<br><br>v.<br><br>ABDUL HALIM SHEIKH, et al.,<br><br>    Defendants. | Case No. 1:11-bk-15442-AA<br><br>(Chapter 11)<br><br>Adv. No. 1:11-ap01393 AA<br><br>**ORDER APPROVING THE STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS, STATUS CONFERENCE, AND ALL OTHER DEADLINES, INCLUDING BUT NOT LIMITED TO DISCOVERY DEADLINES**<br><br>Date:  August 10, 2011<br>Time:  10:00 a.m.<br>Ctrm:  303 |

The Stipulation to Continue Hearing on Motion to Dismiss, Status Conference, and All Other Deadlines, Including But Not Limited to Discovery Deadlines was submitted to the Court on July 20, 2011.  The Court having reviewed the executed Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation to Continue Hearing on Motion to Dismiss, Status Conference, and All Other Deadlines, Including But Not Limited to Discovery Deadlines is **APPROVED**.

**IT IS FURTHER HEREBY ORDERED** that the August 10, 2011-hearing date on the Defendant's Motion to Dismiss is vacated as is the hearing date on the status conference in this Adversary Proceeding and the matters are re-set for hearing on October 12, 2011, at 10:00 a.m., before the Court in courtroom #303.

###

DATED: July 21, 2011

_United States Bankruptcy Judge_

| In re:<br>ABDUL HALIM SHEIKH,                                Debtor(s). | Chapter 11<br>Case No.:   2:09-bk-39652-AA<br>Adv. No.:  1:11-ap-01393-AA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: LAW OFFICES OF JAMES ANDREW HINDS, JR., 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described as: PROPOSED ORDER APPROVING THE STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS, STATUS CONFERENCE, AND ALL OTHER DEADLINES, INCLUDING BUT NOT LIMITED TO DISCOVERY DEADLINES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 20, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  July 21, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Law Clerk to the Honorable Alan M. Ahart  (Federal Express)
United States Bankruptcy Judge
255 East Temple Street, Ste. 1382
Los Angeles, CA 90012

X    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 16, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2010 | RODABA SADOZAI | /S/RODABA SODOZAI |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1
2
3  Dana M. Heyde, Esq.
   Michaels Law Group, APLC
4  2801 W. Coast Highway
   Suite 370
5  Newport Beach, CA 92663
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTE TO USERS OF THIS FORM**:

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled: ORDER APPROVING THE STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS, STATUS CONFERENCE, AND ALL OTHER DEADLINES, INCLUDING BUT NOT LIMITED TO DISCOVERY DEADLINES was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July _, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email J Scott Bovitz    bovitz@bovitz-spitzer.com

- James Andrew Hinds    jhinds@jhindslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Dana M. Heyde, Esq.
Michaels Law Group, APLC
2801 W. Coast Highway
Suite 370
Newport Beach, CA 92663

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐    Service information continued on attached page