MICHAELS LAW GROUP, APLC
A Professional Law Corporation
Jonathan A. Michaels, Esq. – State Bar No. 180455
Dana M. Heyde, Esq. – State Bar No. 247142
Ivan U. Cisneros, Esq. – State Bar No. 256232
2801 W. Coast Highway, Suite 370
Newport Beach, CA 92663
Telephone: (949) 581-6900
Facsimile: (949) 581-6908
(jmichaels@michaelslawgroup.com)
(dheyde@ michaelslawgroup.com)
(icisneros@michaelslawgroup.com)

Attorneys for Tony Hsu and Geoff Hsu

FILED
AUG - 2 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

*11-15442 AA*

| | |
|---|---|
| In re ABDUL HALIM SHEIKH,<br><br>Debtor.<br>_____<br><br>TONY HSU, and GEOFF HSU,<br><br>Plaintiffs,<br><br>vs.<br><br>ABDUL HALIM SHEIKH, an individual; and DOES 1 through 100 inclusive,<br><br>Debtors. | Case No. 2:09-bk-39652-AA<br>Chapter 11 Case  *11-01393 AA*<br>Honorable Alan M. Ahart<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS TONY HSU AND GEOFF HSU**<br><br><br>Date: September 7, 2011<br>Time: 10:00 a.m.<br>Dept: 303 |

1

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS TONY HSU AND GEOFF HSU

TO THE HONORABLE ALAN M. AHART, UNTIED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, CHAPTER 11 TRUSTEE, PARTIES IN INTEREST AND THEIR COUNSEL OF RECORDS:

PLEASE TAKE NOTICE THAT Jonathan Michaels, Dana Heyde, and the law firm of Michaels Law Group, APLC, ("Movant") hereby move, pursuant to Local Bankruptcy Rule 2091-1 to withdraw as counsel of record for Plaintiffs Tony Hsu and Geoff Hsu. This Motion to Withdraw as Counsel of Record and Declaration of Dana Heyde shall be heard on September 7, 2011, at 10 a.m. in Courtroom 303 of the above referenced court, located at 21041 Burbank Boulevard, Woodland Hills, California 91367.

## MEMORANDUM OF POINTS AND AUTHORITIES
### I. BACKGROUND

This case has only just commenced. Discovery has been stayed pending the outcome of this Motion. Plaintiffs filed an Adversary Complaint on May 26, 2011 and discovery soon after. The Trustee responded by filing a Motion to Dismiss the Complaint and serving discovery responses. Irreconcilable differences have arisen between Plaintiffs and their counsel that make it impossible for counsel to continue with representation. To ensure Plaintiffs were not harmed by the withdrawal of their counsel, the parties agreed to continue the Status Conference, and hearing on the Motion to Dismiss from August 10, 2011 to October 12, 2011. Discovery is stayed.

Written notice, given reasonably on August 1, 2011, was given to both Tony Hsu and Geoff Hsu at Tony Hsu's residence, the address on file for both Plaintiffs: 1801 Morgan Lane, Redondo Beach, California 90278. Additionally, pursuant to Local Bankruptcy Rule 2091-1, written notice given

reasonably in advance, was provided to all other parties who have appeared in this action, including James Hinds, attorney for Debtor, on August 1, 2011.

Pursuant to Local Bankruptcy Rule 2091-1, Michaels Law Group gave notice to Plaintiffs of the consequences of appearing *pro per*.

## II.  CONCLUSION

Based on the foregoing, Michaels Law Group respectfully requests that this Court enter an order granting this Motion to Withdraw as Counsel of Record.

MICHAELS LAW GROUP, APLC

Dated: August 1, 2011    By: _____
Jonathan A. Michaels, Esq.
Dana M. Heyde, Esq.
Ivan U. Cisneros, Esq.
Attorneys for Tony Hsu
and Geoff Hsu

## DECLARATION OF DANA M. HEYDE

I, Dana M. Heyde, declare:

1. I am the attorney for Plaintiffs Tony Hsu and Geoff Hsu in the above-captioned action, and I make this declaration in support of the Motion to Withdraw as Counsel for Plaintiffs Tony Hsu and Geoff Hsu. I have personal knowledge of the facts set forth herein; and if called as a witness in this matter, I could and would competently testify thereto.

2. This case has only just commenced. Discovery is stayed.

3. The parties agreed to continue the Status Conference, and hearing on the Motion to Dismiss from August 10, 2011 to October 12, 2011.

4. Irreconcilable differences have arisen between Plaintiffs and Counsel.

5. On August 1, 2011, reasonable, written notice, was given to both Tony Hsu and Geoff Hsu at Tony Hsu's residence, the address on file for both Plaintiffs: 1801 Morgan Lane, Redondo Beach, California 90278, advising them due to all outstanding issues, Michaels Law Group would seek to be relieved as counsel of record.

6. On August 1, 2011, reasonable, written notice was provided to all other parties who have appeared in this action, including James Hinds, attorney for Debtor, that Michaels Law Group would seek to be relieved as counsel of record.

7. I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 1st day of August, 2010, in Newport Beach, California.

_____
Dana M. Heyde

4

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS TONY HSU AND GEOFF HSU