| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jonathan A. Michaels, Esq. SBN 180455<br>Dana M. Heyde, Esq. SBN 247142<br>Michaels Law Group, APLC<br>2801 W. Coast Hwy., Suite 370 Newport Beach, CA 92663<br>Phone: (949) 581-6900  Fax: (949) 581-6908<br>Email: jmichaels@michaelslawgroup.com<br><br>*Attorney for* Tony Hsu and Geoff Hsu | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Abdul Halim Sheikh

Reorganized Debtor.

Tony Hsu, and Geoff Hsu,

Plaintiff(s),

vs.

Abdul Halim Sheikh, et al.,

Defendant(s).

CHAPTER 11

CASE NUMBER 1:11-bk-15442-AA

☒ ADVERSARY NUMBER (If Applicable)
1:11-ap 01393-AA

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Tony Hsu

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Tony Hsu (Pro Per) - 1801 Morgan Lane, Redondo Beach, CA 90278  (310) 920-8298

3. New Attorney hereby appears in the following matters:    ☒ The case    ☒ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Jonathan A. Michaels, Esq.

Dated: 09/06/11

Geoff Hsu
Type Name of Party

*Signature of Party*

I consent to the above substitution.

Dated: 09/06/11

Dana M. Heyde
Type Name of Present Attorney

*Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 09/06/11

Tony Hsu
Type Name of New Attorney

*Signature of New Attorney*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/02

F 2090-1.4

Substitution of Attorney - Page 2

F 2090-1.4

| In re Abdul Halim Sheikh | CHAPTER 11 |
|---|---|
| Reorganized Debtor. | CASE NUMBER 1:11-bk-15442-AA |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2090-1(f)(5) regarding the requirements and procedures for making an application to employ an attorney.

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF Orange

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

Michaels Law Group, APLC
2801 W. Coast Highway, Suite 370
Newport Beach, CA 92663

On September 6, 2011, I served the foregoing document described as: SUBSTITUTION OF ATTORNEY on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Newport Beach, California, addressed as follows:

James Andrew Hinds, JR.
Law Offices of James Andrew Hinds, Jr.
21515 Hawthorne Blvd.
Suite 1150
Torrance, CA 90503

Tony Hsu & Geoff Hsu
1801 Morgan Ln.
Redondo Beach, CA 90278

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 09/06/11

Manda Aiello
*Type Name*

*Signature*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rev. 5/02    F 2090-1.4